STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

E. WISTAR WILSON (CABN 324705)
Special Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    wistar.wilson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 5:06-CR-00524-EJD |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| GERARDO CASILLAS-RODRIGUEZ, | |
| Defendant. | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Gerardo Casillas-Rodriguez.

DATED: March 2, 2023

                                                    Respectfully submitted,

                                                    STEPHANIE M. HINDS
                                                    United States Attorney

                                                    *Thomas A. Colthurst*
                                                    THOMAS A. COLTHURST
                                                    Chief, Criminal Division

1  Leave is granted to the government to dismiss the indictment against Gerardo Casillas-
2  Rodriguez.

5  Date: March 3, 2023

HON. EDWARD J. DAVILA
United States District Judge